# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Syneos Health Consulting | 12/1/2022 | 266237 | Check | $ 112,942.64 |
| Akorn Operating Company, LLC | Syneos Health Consulting | 12/1/2022 | 266338 | Check | $ 711.68 |
| Akorn Operating Company, LLC | Syneos Health Consulting | 12/8/2022 | 266473 | Check | $ 160.55 |
| Akorn Operating Company, LLC | Syneos Health Consulting | 12/16/2022 | 266604 | Check | $ 21,027.84 |
| Akorn Operating Company, LLC | Syneos Health Consulting | 1/6/2023 | 266951 | Check | $ 202,901.11 |
| Akorn Operating Company, LLC | Syneos Health Consulting | 2/13/2023 | 267371 | Check | $ 160,529.99 |
| | | | | | $ 498,273.81 |