IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                Plaintiff,<br>v.<br><br>SYNEOS HEALTH CONSULTING,<br><br>                Defendant. | Adv. Proc. No. 25- 50269 (KBO)<br><br>**Re: Adv. D.I. 1, 5, 9** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendant (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 13, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

*$75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "Procedures Order").

3. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 9], all unexpired deadlines established by the Procedures Order were extended by fourteen (14) days.

4. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines established by the Procedures Order are further extended by an additional thirty (30) days.

Dated: July 25, 2025

| **SAUL EWING LLP** | **K&L GATES LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Michael J. Vail* |
| Evan T. Miller (DE Bar No. 5364) | Matthew B. Goeller (No. 6283) |
| Paige N. Topper (DE Bar No. 6470) | Michael J. Vail (No. 6994) |
| 1201 N. Market Street, Suite 2300 | 600 N. King Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 421-6800 | Telephone: (302) 416-7000 |
| evan.miller@saul.com | Email: matthew.goeller@klgates.com |
| paige.topper@saul.com | michael.vail@klgates.com |
| *Counsel for Plaintiff* | Emily K. Steele (*pro hac vice* forthcoming) |
|  | John R. Gardner (*pro hac vice* forthcoming) |
|  | 301 Hillsborough Street, Suite 1200 |
|  | Raleigh, NC 27603 |
|  | Telephone: (919) 743-7300 |
|  | Email: emily.steele@klgates.com |
|  | john.gardner@klgates.com |
|  | *Counsel for Defendant* |