## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25- 50269 (KBO) |
| v. | |
| SYNEOS HEALTH CONSULTING, | **Re: Adv. D.I. 1, 5, 9, 10** |
| Defendant. | |

## <u>STIPULATION TO EXTEND TIME</u>

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "<u>Plaintiff</u>"), and counsel for the above-captioned defendant (the "<u>Defendant</u>"), hereby stipulate as follows:

1.      Plaintiff filed its complaint against Defendant on February 13, 2025 [Adv. D.I. 1] (the "<u>Complaint</u>").

2.      On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

*$75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "<u>Procedures Order</u>").

3.      Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 9], all unexpired deadlines established by the Procedures Order were extended by fourteen (14) days.

4.      Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 10], all unexpired deadlines established by the Procedures Order were further extended by thirty (30) days.

5.      Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines established by the Procedures Order are further extended by an additional thirty (30) days.

Dated: August 22, 2025

**SAUL EWING LLP**

/s/ *Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel for Plaintiff*

**K&L GATES LLP**

/s/ *Michael J. Vail*
Matthew B. Goeller (No. 6283)
Michael J. Vail (No. 6994)
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: matthew.goeller@klgates.com
michael.vail@klgates.com

Emily K. Steele (*pro hac vice* forthcoming)
John R. Gardner (*pro hac vice* forthcoming)
301 Hillsborough Street, Suite 1200
Raleigh, NC 27603
Telephone: (919) 743-7300
Email: emily.steele@klgates.com
john.gardner@klgates.com

*Counsel for Defendant*