IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>  Plaintiff,<br>v.<br><br>SYNEOS HEALTH CONSULTING,<br><br>  Defendant. | Adv. Proc. No. 25- 50269 (KBO)<br><br><br><br>**Re: Adv. D.I. 1, 5, 9, 10, 11** |

### CERTIFICATION OF COUNSEL REGARDING
### STIPULATED CONSENT ORDER

The undersigned counsel for George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al*. (the "Plaintiff"), hereby certifies as follows:

1. Plaintiff filed its complaint against Defendant on February 13, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "Procedures Order").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3.      The Procedures Order ¶ 47 permits the parties to extend deadlines three times without a court order.

4.      Plaintiff and Defendant continue to engage in discussions to resolve the case, and have already extended case deadlines three times via prior filed stipulations. See [D.I. 9, 10, 11].

5.      Plaintiff and Defendant seek to further extend these deadlines to continue discussions.

6.      Plaintiff and Defendant have agreed to the proposed form of order and stipulation attached hereto as **Exhibit 1**, extending all unexpired deadlines under the Procedures Order by 30 days.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: September 24, 2025  
Wilmington, Delaware

**SAUL EWING LLP**

 /s/ Evan T. Miller  
Evan T. Miller (No. 5364)  
Paige N. Topper (No. 6470)  
1201 N. Market Street, Suite 2300  
Wilmington, DE 19801  
Tel: (302) 421-6800  
E-mail: evan.miller@saul.com  
           paige.topper@saul.com

*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC, et al.*