## EXHIBIT 1

**Proposed Order**

Case 25-50269-KBO    Doc 12-1    Filed 09/24/25    Page 1 of 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[2]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                Plaintiff,<br>    v.<br><br>SYNEOS HEALTH CONSULTING,<br><br>               Defendant. | Adv. Proc. No. 25- 50269 (KBO)<br><br>**Re: Adv. D.I. 1, 5, 9, 10, 11** |

## STIPULATED CONSENT ORDER TO EXTEND TIME

The Court having considered the *Stipulation to Extend Time* attached hereto as Exhibit 1, it is HEREBY ORDERED THAT:

1. The Stipulation to Extend Time is approved.

2. All unexpired deadlines under the Procedures Order are extended by 30 days.

3. This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

# EXHIBIT 1

## Stipulation to Extend Time

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[3]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>      Plaintiff,<br>v.<br><br>SYNEOS HEALTH CONSULTING,<br><br>      Defendant. | Adv. Proc. No. 25- 50269 (KBO)<br><br>**Re: Adv. D.I. 1, 5, 9, 10, 11** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendant (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 13, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "Procedures Order").

---

[3] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3.	Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 9], all unexpired deadlines established by the Procedures Order were extended by fourteen (14) days.

4.	Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 10], all unexpired deadlines established by the Procedures Order were further extended by thirty (30) days.

5.	Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 11], all unexpired deadlines established by the Procedures Order were further extended by thirty (30) days.

6.	Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines established by the Procedures Order are further extended by an additional thirty (30) days.

Dated: September 24, 2025

| **SAUL EWING LLP** | **K&L GATES LLP** |
|---|---|
| /s/ *Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel for Plaintiff* | /s/ *Michael J. Vail*<br>Matthew B. Goeller (No. 6283)<br>Michael J. Vail (No. 6994)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 416-7000<br>Email: matthew.goeller@klgates.com<br>michael.vail@klgates.com<br><br>Emily K. Steele (*pro hac vice* forthcoming)<br>John R. Gardner (*pro hac vice* forthcoming)<br>301 Hillsborough Street, Suite 1200<br>Raleigh, NC 27603<br>Telephone: (919) 743-7300<br>Email: emily.steele@klgates.com<br>john.gardner@klgates.com<br><br>*Counsel for Defendant* |